IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA VOIGHT, | : | |
|     Plaintiff | : | |
| | : | |
|     v. | : | Case No. 2:23-cv-01455 |
| | : | |
| BOB COCHRAN MOTORS, INC., | : | Collective Action |
| et al. | : | Class Action |
|     Defendants | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, through their respective Counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims in the above-captioned action in their entirety with prejudice, with each Party to bear their own costs and attorneys' fees.  The Parties stipulate that all rights of appeal are hereby waived.  The Parties further stipulate that no Party is the prevailing party in this action.

By: /s/ Joshua P. Ward

Joshua P. Ward, Esq.
J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Ave., Suite 201
Pittsburgh, PA 15206
Tel: (412) 545-3015
*Counsel for Plaintiff*

/s/ *Langdon T. Ramsburg*
Langdon T. Ramsburg, Esq.
Adam R. Long, Esq.
100 Pine St.styk, Esq.
P.O. Box 1166ce & Nurick, LLC
Harrisburg, PA 17108
Tel: (717) 237-5402
*Counsel for Defendants*